# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 25-1705; James M. Assey et al. v. American Honda Motor Co., |
| **Originating No. & Caption** | 3:22-cv-02647-JDA; James M. Assey et al. v. American Honda |
| **Originating Court/Agency** | United States District Court for the District of South Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | | |
| Time allowed for filing in Court of Appeals | | |
| Date of entry of order or judgment appealed | 05/20/2025 | |
| Date notice of appeal or petition for review filed | 06/19/2025 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ⦿ Yes | ○ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This is a civil action arising out of the serious and permanent personal injuries that Plaintiff James Assey ("Mr. Assey"), and his wife Joan P. Assey ("Mrs. Assey") sustained following a foreseeable rear-end automobile collision on June 16, 2021, in Richland County, South Carolina, that resulted in the failure of the occupant protection system, including the failure of the driver's seat and seat back, resulting in ineffective and/or failure of the seatbelt system, and the complete separation and ejection of the driver's seat head restraint installed in their 2020 Honda Odyssey ("Subject Vehicle"). Due to the failure of the occupant protection system, Mr. Assey is now paraplegic. Mr. Assey sustained trauma and injuries, including, but not limited to, thoracic spine fracture, multiple rib fractures and hemothoraces, and severe emotional distress. At trial, Mr. Assey and Mrs. Assey asserted negligent design defect, negligent manufacturing defect, strict liability design defect, strict liablity manfacturing defect, loss of consortium and punitive damages claims against the Defendant. During the Directed Verdict motion on May 9, 2025, the Court ruled that only Plaintiffs' claims as to strict liablity design defect and loss of consortium remained. Plaintiffs filed a motion for reconsideration and was denied again. A jury returned a verdict in favor of Defendant and the Court issued a Judgment on May 20, 2025 [ECF 208]. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Plaintiffs contend there are several areas of reversible error:<br>1. The court erred when the strict liablity manufacturing defect claim was dismissed and not presented to the jury;<br>2. Defendant violated a pre-trial motion in limine by arguing there were no other similar incidents ("OSI"); and<br>3. Juror confusion caused by jury charges. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: American Honda Motor Co., Inc. | Adverse Party: |
| Attorney: Patrick Cleary<br>Address: Bowman & Brooke, LLP<br>         Suite 1200<br>         1441 Main Street<br>         Columbia, SC 29201 | Attorney:<br>Address: |
| E-mail: patrick.cleary@bowmanandbrooke.com | E-mail: |
| Phone: (803) 726-7492 | Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Appellant** (Attach additional page if necessary.)

Name: James and Joan Assey

Attorney: Kevin R. Dean
Address: Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

E-mail: kdean@motleyrice.com

Phone: (843) 216-9000

Name: James and Joan Assey

Attorney: Lee M. Heath
Address: Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

E-mail: lheath@motleyrice.com

Phone: (843) 216-9000

**Appellant (continued)**

Name: James and Joan Assey

Attorney: Louis Bograd
Address: Motley Rice, LLC
401 9th St. NW
Suite 360
Washington, DC 20004

E-mail: lbograd@motleyrice.com

Phone: (202) 386-9623

Name: James and Joan Assey

Attorney: Luther Battiste
Address: Johnson, Toal & Battiste, PA
1615 Barnwell Street
P.O. Box 1431
Columbia, SC 29202

E-mail: bat@jtbpa.com

Phone: (803) 252-9700

**Signature:** s/Kevin R. Dean     **Date:** 07/07/2025

**Counsel for:** Plaintiffs James and Joan Assey

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:            Date: